UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CSC HOLDINGS, INC.,

                                     **ORDER**
                                  04-CV-5690 (DRH) (ARL)

                Plaintiff,

    -against-

NEIL CELLA,

                Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**LEFKOWITZ, LOUIS, & SULLIVAN, LLP**
Attorney for Plaintiff
350 Jericho Turnpike, Suite 300
Jericho, NY 11753
By: Melinda M. Dus, Esq, and Wayne R. Louis

**HURLEY, District Judge**:

        On January 30, 2006, United States Magistrate Judge Arlene R. Lindsay, acting pursuant to 28 U.S.C. § 636(b), issued a report and recommendation in the above-captioned case, recommending that the plaintiff be awarded $1,886.00 in statutory damages, and $1,409.75 in costs and attorney's fees, for a total award of $3,295.75.

        More than ten days have elapsed since Judge Lindsay issued her Report and Recommendation, and neither party has filed any objections to it. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, has found none, and concurs in both its reasoning and its result. Accordingly, this Court now ADOPTS Judge Lindsay's January 30, 2006 Report and Recommendation as if set forth herein, and awards the plaintiff $3,295.75. The Clerk of Court is directed to CLOSE this case.

**SO ORDERED.**
Dated: Central Islip, N.Y.                       /s/
       February 22, 2006                 Denis R. Hurley
                                                       United States District Judge